Andrew O. Smith, Esq., SBN 217538
Michael F. Colbert, Esq., SBN 319539
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail:  aosmith@pettitkohn.com
         mcolbert@pettitkohn.com

Attorneys for Defendant
**WALMART INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GLORIA SOLEDAD, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> WALMART, INC., a Delaware Corporation; KAREN DOE, an individual; and DOES 1-25, inclusive, <br><br> Defendants.. | CASE NO.: 2:22-cv-06625 <br><br> **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) and (b)** <br><br> Courtroom: <br> District Judge: <br> Magistrate Judge: <br> Complaint Filed:  Dec. 22, 2021 <br> Trial Date: |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant WALMART INC. ("Walmart"), by and through its counsel, hereby removes the above-entitled action filed by Plaintiff ASHLEY GLORIA SOLEDAD ("Plaintiff") in the Superior Court of the State of California, County of Los Angeles, Case No. 21STCV46606 to the United States District Court, Central District of California pursuant to 28 U.S.C. §1441, and respectfully alleges as follows:

///

///

///

2354-9542

1.   On December 22, 2021, an action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled *Ashley Gloria Soledad v. Walmart Inc. et al.,* Case Number 21STCV46606 ("the State Action"). A copy of the complaint filed in the State Action is attached hereto as **Exhibit 1**.

2.   Walmart was served with a copy of the complaint filed in the State Action and a summons from the State Court on March 22, 2022. A copy of the summons is attached hereto as **Exhibit 2**.

3.   Plaintiff has named co-defendant "Karen Doe"; however, Plaintiff has not propounded any discovery related to identifying the individual "Karen Doe" in order to properly identify and serve this individual. No last name or additional information has been provided for the alleged individual "Karen Doe" which makes him/her no different than any other "Doe" Defendant.

4.   Plaintiff's complaint purports to assert causes of action for Premises Liability.

5.   The complaint seeks to recover for general damages, medical and related expenses, loss of income, interest, and costs. (Exhibit 1, pg. 5 ¶15-21.)

### DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332 (A)

6.   This Court has jurisdiction over this matter under 28 U.S.C. § 1332 (a)(1), because there is complete diversity as the parties are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Removal is therefore proper pursuant to 28 U.S.C. §§ 1441 (a) and (b).

7.   On June 2, 2022, Defendant propounded Request for Admission on Plaintiff (set one). (**Exhibit 3**).

8.   On August 16, 2022, Plaintiff provided verified responses to Defendant's Request for Admission (set one). (**Exhibit 4**).

9.   Plaintiff admits that she is a citizen of the state of California. (*See* Exhibit 4 No. 21). Defendant is informed and believes that Plaintiff is a citizen of California.

10. On June 2, 2022, Defendant propounded Form Interrogatories (set one). (**Exhibit 5**)

10. On August 16, 2022, Plaintiff provided verified responses to Defendant's Form Interrogatories (set one). (**Exhibit 6**).

11. Plaintiff stated that she had incurred at least $33,415 in past medical specials (*See* Exhibit 6 No. 6.4).

12. Plaintiff omitted the cost of her back surgery and noted the cost was "pending". (*See* Exhibit 6 No. 6.4).

13. On June 2, 2022, Defendant propounded Requests for Production of Documents (set one). (**Exhibit 7**)

14. On August 16, 2022, Plaintiff provided verified responses to Defendant's Request for Production of Documents (set one). (**Exhibit 8**).

15. In response to Defendants Requests for Production of Documents (set one) Plaintiff provided a pre-operative report and post-operative report from Dr. Greg S. Khounganian for an L4-5 decompression surgery she underwent on April 12, 2022. (**Exhibit 9 and 10 respectively**). Plaintiff has failed to provide the bill for this back surgery; however, the doctor who administered the surgery estimated on April 11, 2022, in his pre-operative report, that said surgery would cost $215,000 - $238,000 (*See* Exhibit 9 pg. 3)

16. Plaintiff has provided evidence that that the amount in controversy exceeds $75,000. (*See* Exhibits 6 No. 43 and Exhibit 9 pg. 3). Defendant is informed and believes that the amount in controversy exceeds $75,000.

17. Walmart is a citizen of Delaware where it is incorporated, and of Arkansas, where it holds its principal place of business (in Bentonville, Arkansas). Copies of Walmart's corporate information from the California Secretary of State Business Search and the Arkansas Secretary of Business/Commercial Services are attached hereto as **Exhibits 11 and 12**, respectively.

18. Because the State Action is pending in the Superior Court of California

in and for the County of Los Angeles, removal of this action to this District Court is proper under 28 U.S.C. section 1441 (a).

19.     Removal is timely under 28 U.S.C. section 1446 (b) because this Notice of Removal is filed within 30 days of Walmart receiving Plaintiff's responses to Requests for Admission (set one) that revealed for the first time that Plaintiff is a citizen of California. Removal is also timely under 28 U.S.C section 1446 (b) because Plaintiff's responses to Form Interrogatories (set one) and Requests for Production of Documents (set one) illustrate the amount in controversy exceeds $75,000.

20.     Written notice of the filing of this Notice of Removal will be promptly served on Plaintiff.  A true and correct copy of this Notice of Removal and the concurrently-filed Notice of Interested Parties and Civil Cover Sheet will be filed with the Clerk of the Superior Court of the State of California in and for the County of Los Angeles as soon as practicable.

WHEREFORE, Walmart requests that the above-entitled action be removed from the Superior Court of the State of California, County of Los Angeles, to this District Court.

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated: September 15, 2022         By:    s/ Michael F. Colbert
                                  Andrew O Smith, Esq.
                                  Michael F. Colbert, Esq.
                                  Attorneys for Defendant
                                  **WALMART INC.**
                                  asmith@pettitkohn.com
                                  mcolbert@pettitkohn.com

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) and (b)**

was/were served on this date to counsel of record:

[ ]  **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ X ]  **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ X ]  **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Anthony Werbin, Esq.
DOWNTOWN LA LAW GROUP
601 North Vermont Avenue
Los Angeles, CA  90004
Tel: (213) 389-3765
Fax: (877) 389-2775
Email: Handling atty: anthony@downtownlalaw.com
Assistant:  desiree@downtownlalaw.com
Mary Guirguis, Law Clerk:  mary@downtownlalaw.com
Attorney for Plaintiff
**ASHLEY GLORIA SOLEDAD**

Executed on **September 15, 2022** at Los Angeles, California.

*Shraddha Friend*
_____
Shraddha Friend