Andrew O. Smith, Esq., SBN 217538
Michael F. Colbert, Esq., SBN 319539
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail:  aosmith@pettitkohn.com
             mcolbert@pettitkohn.com

Attorneys for Defendant
**WALMART INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GLORIA SOLEDAD, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> WALMART, INC., a Delaware Corporation; KAREN DOE, an individual; and DOES 1-25, inclusive, <br><br> Defendants.. | CASE NO.: 2:22-cv-06625 <br><br> **NOTICE OF INTERESTED PARTIES** <br><br> Courtroom: <br> District Judge: <br> Magistrate Judge: <br> Complaint Filed: Dec. 22, 2021 <br> Trial Date: |

TO THE CLERK OF THE ABOVE ENTITLED COURT, TO THE PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendant WALMART INC. certifies that the following listed parties are those which they are aware have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualifications or recusal.

///

///

///

///

///

| **PARTY** | **RELATIONSHIP TO SUIT** |
|---|---|
| ASHLEY GLORIA SOLEDAD | Plaintiff |
| WALMART INC. | Defendant |

Respectfully submitted,

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated: September 15, 2022       By:   s/ Michael F. Colbert
                                       Andrew O. Smith, Esq.
                                       Michael F. Colbert, Esq.
                                       Attorneys for Defendant
                                       **WALMART INC.**
                                       aosmith@pettitkohn.com
                                       mcolbert@pettitkohn.com

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**NOTICE OF INTERESTED PARTIES**

was/were served on this date to counsel of record:

[ ] **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ X ] **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ X ] **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Anthony Werbin, Esq.
DOWNTOWN LA LAW GROUP
601 North Vermont Avenue
Los Angeles, CA  90004
Tel: (213) 389-3765
Fax: (877) 389-2775
Email: Handling atty:
anthony@downtownlalaw.com
Assistant:  desiree@downtownlalaw.com
Mary Guirguis, Law Clerk:
mary@downtownlalaw.com
Attorney for Plaintiff
**ASHLEY GLORIA SOLEDAD**

Executed on **September 15, 2022** at Los Angeles, California.

*Shraddha Friend*
_____
Shraddha Friend